# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Christian White, | Civil No. 12-1330 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Otter Tail County, et al., | |
| Defendants. | |

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: June 5, 2012

                                                                                s/Richard H. Kyle  
                                                                                 RICHARD H. KYLE  
                                                                                 United States District Judge