# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Christian White, | Civil No. 12-1330 (RHK/LIB0 |
| Plaintiff, | **ORDER** |
| vs. | |
| Otter Tail County, et al., | |
| Defendants. | |

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 5) is **ADOPTED**; and

2. Plaintiff's Complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**, for failure to comply with this Court's Order of June 8, 2012, and for lack of prosecution.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 30, 2012

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge